UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JUUL LABS, INC.,
                Plaintiff,

v.

S & I SNACK SHOP INC.,
                Defendant.
--------------------------------------------------------------x
--------------------------------------------------------------x
JUUL LABS, INC.,
                Plaintiff,

v.

YORKTOWN FUEL SERVICES, INC.,
                Defendant.
--------------------------------------------------------------x
--------------------------------------------------------------x
JUUL LABS, INC.,
                Plaintiff,

v.

OSSINING SNACK SHOP INC.,
                Defendant.
--------------------------------------------------------------x

**ORDER**

22 CV 2882 (VB)

22 CV 2884 (VB)

22 CV 3594 (VB)

        As discussed at a conference held today in JUUL Labs, Inc. v. Yorktown Fuel Services, Inc., 22cv2884, by **September 6, 2022**, the parties shall file a joint letter, which must describe in detail the efforts taken to settle these cases. The letter must address the status of mediation and any settlement conferences before Magistrate Judges in this district or in the Northern District of New York, and whether there is anything this Court can do to assist with regard to settlement.

Dated: August 18, 2022
       White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judge